**FILED**

April 15, 2026

CLERK, U.S. DISTRICT COURT
WESTERN DISTRICT OF TEXAS

BY: _____
                    NM
                                    DEPUTY

**UNITED STATES DISTRICT COURT**
**WESTERN DISTRICT OF TEXAS**
**SAN ANTONIO DIVISION**

| | | |
|---|---|---|
| **ISMAEL SYLLA,** | § | |
| | § | |
| **Petitioner,** | § | |
| | § | |
| **v.** | § | **NO. SA-26-CV-02444-OLG** |
| | § | |
| **WARDEN, KARNES COUNTY** | § | |
| **IMMIGRATION PROCESSING** | § | |
| **CENTER,** *et al.*, | § | |
| | § | |
| **Respondents.** | § | |

**ORDER FOR SERVICE**

Before the Court is the Petition for Writ of Habeas Corpus pursuant to 28 U.S.C. § 2241 (Dkt. No. 2) filed by Petitioner Ismael Sylla, who is currently detained at the Karnes County Immigration Processing Center in Karnes City, Texas, located in the Western District of Texas.

Upon review, it is **ORDERED** that the Clerk of Court shall send copies of the Petition (Dkt. No. 2) and this Order by certified mail return receipt requested to the Office of the United States Attorney at the following address:

**Mary F. Kruger**
**United States Attorney's Office**
**Chief, Civil Division**
**601 NW Loop 410, Suite 600**
**San Antonio, TX 78216**

Delivery by certified mail return receipt requested of those documents shall constitute sufficient service of process upon the federal Respondents.

It is further **ORDERED** that the Clerk of Court shall serve Respondent Warden, Karnes County Immigration Processing Center, with copies of the Petition (Dkt. No. 2) and this Order by certified mail return receipt requested at the following address:

**Warden**
**Karnes County Residential Center**
**409 FM-1144**
**Karnes City, TX 78118**

Delivery by certified mail return receipt requested of those documents shall constitute sufficient

service of process.

It is further **ORDERED** that:

1.  Respondents must file a response to the Petition (Dkt. No. 2) **within 5 days** after
    service. *See* 28 U.S.C. § 2243. Respondents may, in lieu of a response, file a motion
    requesting additional time of up to 20 days to respond. *See id.*

    The response must include all relevant background information and, where possible,
    supporting documentation, as to the following: (a) the date Petitioner entered the United
    States; (b) whether Petitioner was previously apprehended and released by immigration
    authorities; and (c) the status of Petitioner's removal proceedings.

2.  If Petitioner elects to file a reply, he may do so **no later than 7 days** after the
    Respondents' response is filed.

**SIGNED** on April 15, 2026.

_____
ORLANDO L. GARCIA
United States District Judge

2