**FILED**

April 29, 2026

CLERK, U.S. DISTRICT COURT
WESTERN DISTRICT OF TEXAS

BY: _____ NM

DEPUTY

**UNITED STATES DISTRICT COURT**
**WESTERN DISTRICT OF TEXAS**
**SAN ANTONIO DIVISION**

| | |
|---|---|
| **ISMAEL SYLLA,** § | |
| § | |
| **Petitioner,** § | |
| § | |
| **v.** § | **NO. SA-26-CV-02444-OLG** |
| § | |
| **WARDEN, KARNES COUNTY** § | |
| **IMMIGRATION PROCESSING** § | |
| **CENTER,** *et al.*, § | |
| § | |
| **Respondents.** § | |

## DISMISSAL ORDER

Before the Court is the status of this habeas proceeding, which Petitioner Ismael Sylla initiated on April 14, 2026 (*see* Dkt. No. 1). Respondents have since advised that Petitioner was removed from the United States the following day, on April 15, pursuant to his final order of removal. (Dkt. No. 9.) Accordingly, because Petitioner is no longer in Respondents' custody, his request for habeas relief is moot. This case is therefore **DISMISSED WITHOUT PREJUDICE** as such.

This case is **CLOSED**.

It is so **ORDERED**.

**SIGNED** on April 29, 2026.

_____
ORLANDO L. GARCIA
United States District Judge